**DISMISS; and Opinion Filed April 19, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-11-01672-CV**

**WILLIAM BALDWIN, Appellant**
**V.**
**THE COLONY ASSETS DEVELOPMENT, L.L.C., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-00877**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice O'Neill

By postcard notice dated January 17, 2013, the Court informed appellant that his brief was past due. We instructed appellant to file a brief along with an extension motion within ten days and cautioned him that failure to do so would result in dismissal of the appeal. As of today's date, appellant has not filed a brief. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(c).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

111672F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WILLIAM BALDWIN, Appellant

No. 05-11-01672-CV        V.

THE COLONY ASSETS DEVELOPMENT, L.L.C., Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-09-00877.
Opinion delivered by Justice O'Neill.
Justices Moseley and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, THE COLONY ASSETS DEVELOPMENT, L.L.C., recover its costs of this appeal from appellant, WILLIAM BALDWIN.

Judgment entered this 19th day of April, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE